# EXHIBIT 1

| Title: | Images of Invader Artwork: |
|---|---|
| TK_105 |  |
| TK_136 | |

| | |
|---|---|
| **BAB_51** |  |
| **BAB_41** | |

| | |
|---|---|
| **BAB_06** |  |
| **BAB_54** | |

| BAB_50 |  |
|---|---|
| PA_609 | |

| | |
|---|---|
| **PA_710** |  |
| **PA_532** | |

| | |
|---|---|
| **PA_398** |  |
| **PA_482** | |

| PA_355 |  |